AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio    ▼

| | | |
|---|---|---|
| The Gillette Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 1:15-cv-636 |
| Save and Discount, LLC | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      07/13/2016      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     AUG 1 8 2016

**Richard W. Nagel, Clerk of Court**

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

THE GILLETTE COMPANY,

        Plaintiff,

-vs-

SAVE AND DISCOUNT, LLC,

        Defendant.

Case No. 1:15-cv-636

Judge Timothy S. Black

---

## JUDGMENT IN A CIVIL CASE

---

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED:**

Plaintiff's Motion for Default Judgment (Doc. 16) is **GRANTED**. Defendant Save and Discount LLC is hereby **ENJOINED** and **RESTRAINED** from infringing, in any manner, Gilette's Infringed Patents during the remainder of each patent's enforceable life, and Infringed Marks. Defendant shall pay damages in the amount of $55,047.42; costs, including reasonable attorney's fees, in the amount of $21,489.45; and pay interest on the statutory award at an amount of $0.30 per day from September 10, 2015 until the date judgment is paid, whereupon this civil action is **CLOSED** on the Court's docket.

Date: 7/13/16

**RICHARD W. NAGEL, CLERK**

By: _s/ M. Rogers_
Deputy Clerk

I CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF THE
ORIGINAL FILED IN MY OFFICE
ON 7|13|16
RICHARD W. NAGEL, Clerk of Court
By:
Deputy Clerk
Date: 8|16|16